## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LORIE ANN PETER**                                                                 **PLAINTIFF**

**V.**                              **No. 4:22-CV-00326-JM-ERE**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                        **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. The Court agrees with Judge Ervin's determination that the ALJ failed to reconcile his finding of light work and its walking/standing requirements with Ms. Peter's lower extremity limitations. Mark E. Larey, D.O., opined that Ms. Peter had "moderate limitations" for walking, standing, lifting, and carrying. (Tr. 459). Further, Linda Dyer Hartsfield, Ed.D., opined that Ms. Peter is not likely to complete physical work like tasks within an acceptable timeframe and her gait suggests she may have difficulty persisting with physical tasks. (Tr. 469). However, these limitations were not included in the RFC analysis.

After careful consideration of the Recommendation and a *de novo* review of the record, the Court approves and adopts the Recommended Disposition in its entirety. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to

sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 3rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE