# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LORIE ANN PETER**                                                                 **PLAINTIFF**

V.                             No. 4:22-CV-00326-JM-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, judgment is entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 3rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE